**P. B. CHILDS and W. T. CHILDS, doing business as CHILDS WALGREEN AGENCY, v. E. C. BOSWELL.**

31 So. (2nd) 277 — January Term, 1947
May 20, 1947 — Special Division B

Affirmed.

---

**ROBERT JOSEPHSON v. PATRICIA JOSEPHSON**

31 So. (2nd) 277 — January Term, 1947
June 3, 1947 — Divsion B
Rehearing denied June 25, 1947.

Affirmed.

---

**A. J. BARAT, et al., v. FRED JOSS, et al.**

31 So. (2nd) 277 — January Term, 1947
June 3, 1947 — Special Division A
Rehearing denied June 20, 1047.

Affirmed.

---

**G. A. MILLER COMPANY, INC., CENTRAL SURETY AND INSURANCE CORPORATION, and FLORIDA INDUSTRIAL COMMISSION, v. IRA T. YOPP.**

31 So. (2nd) 277 — January Term, 1947
June 6, 1947 — Special Division A

Affirmed.

---

**ELLIS GOLDIN v. MILTON STEINHARDT and ESTHER STEINHARDT**

31 So. (2nd) 277 — June Term, 1947
June 10, 1947 — Special Division A
Rehearing denied July 7, 1947

Affirmed.